

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-17-00467-CV

Erasmo **CANTU** and Eugenia Cantu,
Appellants

v.

**FALCON INTERNATIONAL BANK**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-08-26743-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

The appellants' motion for extension of time to file reply brief is hereby GRANTED. Time is extended to March 16, 2018.

It is so ORDERED on March 7, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court